MOTION GRANTED. *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE DOWLEN, | |
| Plaintiff, | Case No. 3:21-cv-00396 |
| v. | Judge Campbell |
| | Magistrate Judge Frensley |
| AIRTECH INTERNATIONAL INC., | JURY DEMAND |
| Defendant. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW, the Parties, by and through counsel, and file this Joint Motion to Amend this Court's Case Management Order (ECF 13). In support thereof, the Parties states state as follows:

1. This Court entered a Case Management order on July 20, 2021 (ECF 24) setting forth the scheduling deadlines in this case.

2. The Scheduling Order provides that all written discovery and depositions of fact witnesses be completed by May 13, 2022.

3. The parties have completed deposition testimony and nearly all written discovery at this point, but to allow the parties time to finish requesting and producing all necessary information, the parties agreed to move out the close of discovery date in this matter.

4. The parties request that the deadline for written discovery and depositions be moved to June 17, 2022. The Parties also request to move the deadline for discovery disputes to June 22, 2022.

1

5. All other deadlines, including the dipositive motion deadline and the trial date shall not be affected.

Respectfully submitted,

*/s Heather Moore Collins*
Heather Moore Collins BPR # 026099
Caroline Drinnon BPR # 037016
HMC Civil Rights PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
caroline@hmccivilrights.com

*Attorneys for Plaintiff*

*/s Heather Pabon, with permission by H. Collins*
Heather Gwinn Pabon
Samantha Gerken
GORDON REES SCULLY MANSUKHANI, LLP
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067
Telephone: (615) 772-9010
hgwinn@grsm.com
sgerken@grsm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system this 13th day of May 2022 to counsel of record:

Heather Gwinn Pabon
Samantha Gerken
GORDON REES SCULLY MANSUKHANI, LLP
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067
Telephone: (615) 772-9010
hgwinn@grsm.com
sgerken@grsm.com

*Attorneys for Defendant*

/s
*Heather Moore Collins*
Heather Moore Collins