IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

STEPHANIE DOWLEN,

    Plaintiff,

v.

AIRTECH INTERNATIONAL INC.,

    Defendant.

Case No. 3:21-cv-00396

Judge Campbell

Magistrate Judge Frensley

### JOINT RESOLUTION STATUS REPORT

The Parties, by and through the undersigned counsel and pursuant to the Initial Case Management Order (Doc. 13), report to the Court that counsel for the Parties have conferred about the potential for resolution. At this time, the Parties have engaged in substantial discovery and Plaintiff has provided to Defendant an expert economist's report. Both parties agree that alternative dispute resolution is an appropriate course of action at this stage and are in the process of scheduling a mediation. The parties will notify the court if they need assistance with settlement or ADR.

Respectfully submitted,

*s/ Caroline Drinnon*
Heather Moore Collins BPR # 026099
Caroline Drinnon BPR #037016
Ashley Shoemaker Walter BPR #037651
HMC Civil Rights Law PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
caroline@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

<pre>                                          /s Heather Gwinn Pabon
                                          Heather Gwinn Pabon
                                          Samantha Gerken
                                          GORDON REES SCULLY MANSUKHANI, LLP
                                          4031 Aspen Grove Drive
                                          Suite 290
                                          Franklin, TN 37067
                                          Telephone: (615) 772-9010
                                          hgwinn@grsm.com
                                          sgerken@grsm.com

                                          Attorneys for Defendant</pre>